**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| PATRICK CUFFE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYATT HOTELS CORPORATION, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: SACV 20-02380-CJC (ADSx)<br><br>JUDGMENT |

　　　In this case, Plaintiff Patrick Cuffe claims that he was terminated from his employment at the Hyatt Regency Huntington Beach Resort & Spa because he had a disability. (Dkt. 1-2 [Complaint].) Defendant moved for summary judgment on Plaintiff's Complaint. Having considered the papers presented, the Court hereby **ORDERS** that:

　　　1. Defendants' motion for summary judgment (Dkt. 15) is **GRANTED**.

2. Plaintiff shall take nothing on his complaint against Defendants.

3. Judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED: September 13, 2021

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE