Neama Rahmani (State Bar No. 223819)
 *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
 *ron@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
PATRICK CUFFE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CUFFE, as an Individual;<br><br>Plaintiff;<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-CV-02380-CJC (ADSX)<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial: Not Set<br><br>Action filed: November 25, 2020 |

TO THE HONORABLE COURT:

Notice is hereby given the parties have resolved the above reference action informally, and it is anticipated a Stipulation of Dismissal will be filed within 60 days.

//

//

//

//

//

-1-

NOTICE OF SETTLEMENT

Dated: April 4, 2023                    WEST COAST EMPLOYMENT LAWYERS, APLC

By: _____
Ronald L. Zambrano, Esq.
Attorneys for Plaintiff,
PATRICK CUFFE